UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NITINOL MEDICAL LABORITORIES, INC. ET AL.** Plaintiffs, | ) ) ) ) |
| v. | ) ) C.A. No. 98-12506-NG |
| **AGA MEDICAL CORPORATION,** Defendant. | ) ) ) |

GERTNER, D.J.:

### ORDER OF DISMISSAL
December 1, 2003

The Defendant in this case moves to dismiss the Plaintiffs' Complaint in its letter dated September 30, 2003. [Document # 127]. The Defendant's request is **GRANTED**. The case is thus **DISMISSED** without prejudice.

**SO ORDERED.**

Dated: December 1, 2003        s/Nancy Gertner
                               NANCY GERTNER, U.S.D.J.